UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Paula Martinka,

        Plaintiff(s),

-against-

Epoch Times Inc.,

        Defendant(s).

------------------------------------x

19 civ. 7867 (LAP)

<u>ORDER</u>

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than March 6, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: February 26, 2020
New York, New York